# Court of Appeals
# of the State of Georgia

ATLANTA, __July 18, 2012__

*The Court of Appeals hereby passes the following order:*

## A12A2156.  JOHN D. SHAW v. THE STATE.

John Shaw was convicted of two counts of child molestation and sentenced to 20 years to serve 15 on both counts to run concurrent on September 27, 2001.  Shaw did not appeal the verdict or file a motion for new trial.  In 2011, Shaw filed a "Motion to Set Aside Illegal Conviction" and an "Amendment to Motion to Set Aside Illegal Conviction."  We lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (686 SE2d 786) (2009).  Any appeal from an order denying such a motion must be dismissed.  See id.; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Because Shaw is not authorized to collaterally attack his conviction in this manner, his appeal must be dismissed.  See id.; see also *Harper v. State*, supra at 218 (1) (overruling *Chester v. State*, 284 Ga. 162, 162- 163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010).  Accordingly, Shaw's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/18/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*